

780 Long Beach Blvd., Long Beach, NY 11561
**Phone:** 212-256-8499
**Skype/ WeChat:** AmazonSellersLawyer
www.AmazonSellersLawyer.com

December 6, 2023

Honorable John F. Kness
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

    Re:    Emoji Company GmbH v. The Individuals, Corporations, Case number 1:2023-cv-14925

Honorable Judge Kness:

    The undersigned represents the Defendant, Liberty Brands US, in the above referenced matter.

    We would respectfully request a briefing schedule as to responding to the requested extension for a TRO in the above captioned matter or that a hearing be held before such extension is granted. Our client is US based and we have reached out to Messers. Hierl and Kalbac and their office every day to discuss this case and to determine if there is any evidence of our client's infringement. Our client has a vast amount of money frozen due to Plaintiff's requests to this Court. As of today, we have received no response to our daily inquiries to Plaintiff's counsel that began on December 4th.

    Should the Court require any further information, or any matter it deems relevant, the parties shall remain as so Ordered.

    Respectfully submitted,

*Cory J. Rosenbaum*

Cory J. Rosenbaum, Esq.