**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EMOJI COMPANY GmbH, ) | |
| ) | Case No. 23-cv-14925 |
| Plaintiff, ) | |
| ) | Judge John F. Kness |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED ) | |
| LIABILITY COMPANIES, PARTNERSHIPS, AND ) | |
| UNINCORPORATED ASSOCIATIONS IDENTIFIED ) | |
| ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

**ORDER TO EXTEND THE TEMPORARY RESTRAINING ORDER**

THIS CAUSE coming before the Court on Plaintiff EMOJI COMPANY GmbH's *Ex Parte* Motion to Extend the Temporary Restraining Order ("TRO") (Dkt. No. 31), and this Court, having considered the matter, hereby GRANTS in part and denies in part Plaintiff's *Ex Parte* Motion to Extend the TRO.

This Court GRANTS Plaintiff's Motion to Extend the TRO as to all Defendants listed in Schedule A (Dkt. No. 7), except as to the following Defendants: Nos. 40 "Amanda Creation", 99 "JoyinDirect" (dismissed from case), 107 "Kitchenatics" (dismissed from case), 114 "Liberty Brands US" (dismissed from case), 163 "SMJ Designs" (dismissed from case), and 198 "What America Buys" (dismissed from case). This Court GRANTS Plaintiff's Motion to Extend the TRO, including the asset restraint, as to all other Defendants listed in Schedule A. This extension is justified by the same circumstances that justified issuance of the initial TRO and the need to effectuate the initial TRO. Accordingly, the existing TRO is extended for an additional fourteen (14) days to and including December 25, 2023.

Amazon.com, Inc. is directed immediately to release the asset restraint as to Defendant Nos. 40 "Amanda Creation", 99 "JoyinDirect", 107 "Kitchenatics", 114 "Liberty Brands US", 163 "SMJ Designs", and 198 "What America Buys".

Dated: December 15, 2023

By: _____
JOHN F. KNESS
United States District Judge