**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **EMOJI COMPANY GmbH,**<br><br>          **Plaintiff,**<br>    **v.**<br>**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,**<br><br>          **Defendants.** | **Civil Action No. 23-cv-14925<br>Hon. John F. Kness** |

**DEFENDANT JOYIN DIRECT'S UNOPPOSED MOTION
TO WITHDRAW DOCKET ENTRY NO. 85**

Defendant Joyin Direct ("Defendant"), by the through its undersigned counsel, hereby respectfully moves to withdraw Docket Entry No. 85 in the above-referenced action. Docket Entry No. 85 is Defendant's Answer to the Complaint. However, Defendant was already dismissed by Plaintiff (Dkt. No. 49) and the filing of an answer is no longer necessary and inadvertent. Counsel apologies for the imposition on the Court's time. Plaintiff does not oppose this Motion.

DATED January 10, 2024.

Respectfully submitted,

By: */s/ Timothy T. Wang*
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill, Ste. 615
Dallas, TX 75231
Telephone: (972) 331-4600
Fax: (972) 314-0900
**ATTORNEY FOR DEFENDANT
JOYIN DIRECT**

## <u>CERTIFICATE OF SERVICE</u>

On January 10, 2024, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF System which will send notification of said filing to all counsel of record.

*/s/ Timothy T. Wang*
Timothy T. Wang