IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH, | ) |
| | ) Case No. 23-cv-14925 |
| Plaintiff, | ) |
| | ) |
| | ) Judge John F. Kness |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL REMAINING DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff EMOJI COMPANY GmbH hereby dismisses without prejudice all causes of action in the complaint against all the remaining Defendants identified in Schedule A.

Defendant No. 22 "Ria Christie Collection" filed an Opposition to the Entry of Preliminary Injunction [Dkt. 69]. Defendant "Laxmi Groverin", which is not listed in the Schedule A [Dkt. 7], filed an Opposition to the Entry of Preliminary Injunction [Dkt. 70]. Defendant No. 132 "Moru Studios" filed an Opposition to the Entry of Preliminary Injunction [Dkt. 74]. Defendant No. 81 "Good Win" filed an Opposition to the Entry of Preliminary Injunction [Dkt. 75]. Defendant No. 77 "Gem Wares" filed an Opposition to the Entry of Preliminary Injunction [Dkt. 78]. The Court has not yet ruled upon the above referenced Motions, which are moot in light of the present dismissal.

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate. Each party shall bear its own attorney's fees and costs.

Consistent herewith, Plaintiff consents to the Court closing this case for administrative purposes.

Respectfully submitted,

Dated: January 11, 2024     By:     s/Michael A. Hierl\_
                                    Michael A. Hierl (Bar No. 3128021)
                                    William B. Kalbac (Bar No. 6301771)
                                    Hughes Socol Piers Resnick & Dym, Ltd.
                                    Three First National Plaza
                                    70 W. Madison Street, Suite 4000
                                    Chicago, Illinois 60602
                                    (312) 580-0100 Telephone
                                    mhierl@hsplegal.com

Attorneys for Plaintiff
EMOJI COMPANY GmbH

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 11, 2024.

                                                  s/Michael A. Hierl