IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH,<br><br>Plaintiff,<br>v.<br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>Defendants. | Civil Action No. 23-cv-14925<br>Hon. John F. Kness |

### DEFENDANT, LIBERTY BRANDS US', MOTION FOR BOND DAMAGES, SANCTIONS, AND ATTORNEY FEES

Defendant Liberty Brands US ("Defendant"), by the through its undersigned counsel, seeks attorney's fees, sanctions and bond damages against Plaintiff herein.

DATED: January 22, 2024.  Respectfully submitted,

*/s/ Cory Jay Rosenbaum*
C.J. Rosenbaum, Esq.
Rosenbaum & Segall, P.C.
780 Long Beach Blvd.,
Long Beach, NY 11561
CJR@AmazonSellersLawyer.com
212-256-1109
NYS Bar #2669133

**ATTORNEY FOR DEFENDANT LIBERTY BRANDS US**