# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Emoji Company GmbH

                                        Plaintiff,

v.                                                           Case No.: 1:23−cv−14925

                                                                            Honorable John F. Kness

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, January 28, 2024:

      MINUTE entry before the Honorable John F. Kness: The motion [91] of Defendant Liberty Brands, US for sanctions is denied, for two reasons: first, Defendant has failed to comply with this Court's motions policy, which requires that each motion state whether it is agreed or opposed; and second, because Defendant's one−sentence motion provides no analysis in support of its motion. See Rock Hemp Corp. v. Dunn, 51 F.4th 693, 704 (7th Cir. 2022) ("Seventh Circuit precedent is clear that perfunctory and undeveloped arguments, as well as arguments that are unsupported by pertinent authority, are waived." (cleaned up)). Mailed notice (jfk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.